

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

The State of Texas, Appellant

No. 06-20-00010-CR          v.

Trenton Kyle Green, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 49202-A).  Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed. Therefore, we dismiss the appeal.

We further order that the appellant, the State of Texas, pay all costs incurred by reason of this appeal.

RENDERED MARCH 11, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk